IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SOLOMON PENA,

    Plaintiff,

v.                                            CV 15-230 LH/WPL

THE GEO GROUP, INC.,
JEFF WRIGLEY, J.W. BEAIRD,
LIZA ELIZONDO, and KATIE HARRISON,

    Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed October 6, 2015. (Doc. 19.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) Pena's First Amendment claim is dismissed with prejudice;

3) Pena's state law claims are dismissed with prejudice;

4) Pena's Rule 56(d) request is denied; and

5) this cause is dismissed with prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE